UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT JENKINS and RHONDA
STEPHANIE ALEXANDROPOULOS,

    Plaintiffs,

v.

BRUCE BURKEY, TAYLOR LAW FIRM
PC, JOICE BASS, JENNIFER HOSTETLER
and LEWIS ROCA ROTHGERBER LLP,

    Defendants.

Case No. 16-cv-792-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- All claims (Counts XI-XXII) against defendants Joice Bass, Jennifer Hostetler and Lewis Roca Rothgerber LLP (n/k/a Lewis Roca Rothgerber Christie LLP); and

- Plaintiff Scott Jenkins' claims against defendant Taylor Law Offices, PC (misnamed as Taylor Law Firm PC) in Count X for negligent supervision; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- All claims by plaintiff Rhonda Stephanie Alexandropoulos; and

- Plaintiff Scott Jenkins' claims against defendant Bruce Burkey in Counts I, II, III, IV, V, VI and IX in their entirety and in Count VII for blackmail, extortion and coercion; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as follows:

- In favor of defendant Bruce Burkey and against plaintiff Scott Jenkins on Count VII for defamation and Count VIII in its entirety; and

- In favor of defendant Taylor Law Offices, PC (misnamed as Taylor Law Firm PC) and against plaintiff Scott Jenkins on Count X under a *respondeat superior* theory.

**DATED: May 2, 2018**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                   **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**