# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

December 12, 2018

Before:
    MICHAEL S. KANNE, Circuit Judge
    AMY C. BARRETT, Circuit Judge
    MICHAEL B. BRENNAN, Circuit Judge

| | |
|---|---|
| No. 18-2222 | SCOTT JENKINS,<br>Plaintiff - Appellant<br><br>v.<br><br>BRUCE BURKEY, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:16-cv-00792-JPG-SCW<br>Southern District of Illinois<br>District Judge J. Phil Gilbert ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

  form name: **c7_FinalJudgment**(form ID: **132**)